Form 149

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street  
Greensboro, NC 27401

Bankruptcy Case No.: 19−80099

IN THE MATTER OF:  
Jeffica Bevonette Cotton    xxx−xx−4584  
535 Dixie Avenue  
Hillsborough, NC 27278

   Debtor(s)

## NOTICE OF DEFICIENCY REGARDING CERTIFICATE OF SERVICE

A Notice to Creditors and Proposed Plan was filed in the above−captioned case on February 8, 2019.

The following deficiency has been noted regarding service on the above referenced document(s)

**\*No certificate of service has been filed or certificate of service is incomplete.**

Dated: 2/11/19                                                                                     OFFICE OF THE CLERK/AE